ADAN CARDENAS

NAME
#T-77965

PRISON NUMBER

salinas valley state prison
p.o. box 1050,Soledad,Ca 93960

CURRENT ADDRESS OR PLACE OF CONFINEMENT

Soledad,Ca 93960

CITY, STATE, ZIP CODE

2254     1983
FILING FEE PAID
Yes ✓     No

IFP MOTION FILED
Yes ✓     No

COPIES SENT TO
Court ✓ ProSe

FILED

JUN - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

____ADAN  CARDENAS_____,
(FULL NAME OF PETITIONER)·

**PETITIONER**

v.

M.S EVANS_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

_____,

The Attorney General of the State of
California, Additional Respondent.

Civil No. **'08 CV 0998 BTM WMc**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   ORANGE  COUNTY  SUPERIOR  COURT
   _____

2. Date of judgment of conviction: ____December 3,2002_____

3. Trial court case number of the judgment of conviction being challenged: _____
   00cf1187_____

4. Length of sentence: _20 years 8months_____

CIV 68 (Rev. Dec. 1998)                    ::ODMA\PCDOCS\WORDPERFECT\22833\1

5.  Sentence start date and projected release date: _____2020_____

_____

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): _____
    211-212.5 (c)-213(a)(2)&12022.53 (b)(e)(1)±245±186.22(a)

_____

7.  What was your plea? (CHECK ONE)
    (a)  Not guilty          ☐
    (b)  Guilty              ☒
    (c)  Nolo contendere     ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a)  Jury        ☐
    (b)  Judge only  ☐

9.  Did you testify at the trial?
    ☐ Yes  ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes  ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____

    _____

    (c)  Grounds raised on direct appeal: _____

    _____

    _____

    _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____

    _____

    (c)  Grounds raised: _____

    _____

    _____

    _____

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:

   (a) Result: _____

   (b) Date of result, case number and citation, if known: _____

_____

   (c) Grounds raised: _____

_____

_____

_____

### COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
  ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

   (a) <u>California Superior Court</u> Case Number: _DONT HAVE_____

   (b) Nature of proceeding: _Innefective assistance of counsel,warrant violations,denial acces to courts,double jeopardy_

   (c) Grounds raised: _Ineffective assistance of counsel,warrant violations,denial access to courts,double jeopardy_

_____

_____

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

   (e) Result: _denied_____

   (f) Date of result: _july 15,2005_____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
  ☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: ___DONT HAVE___

    (b) Nature of proceeding: ___writ of habeas corpus___

    (c) Grounds raised: ___innefective assistance of counsel,warrant violations___
    ___denial accessto courts,double jeopardy___

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result: ___denied___

    (f) Date of result: ___SEPT 22, 2005___

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number: ___S138 128___

    (b) Nature of proceeding: ___writ of habeas corpus___

    (c) Grounds raised: ___Innefective assistance of counsel,warrant violations, denial acces to courts___

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result: ___denied___

    (f) Date of result: ___AUG 2, 2006___

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
   ☐ Yes ☒ No    (IF "YES" SKIP TO #22)
   (a) If no, in what federal court was the prior action filed? <u>central disteict</u>
   (i) What was the prior case number? <u>C 06 5892</u>
   (ii) Was the prior action (CHECK ONE):
        ☐ Denied on the merits?
        ☐ Dismissed for procedural reasons?
   (iii) Date of decision: <u>stillawaiting decision</u>
   (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☒ No
   (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION:</u>
   • **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

   • **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

   • **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Sixth Amendment violation,right to have jury find enhancement proven beyond a reasonable doubt,when enhance- ment neither admitted to ,nor proven.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner's sentence is Illegal because it was determined by a judge rather than pro- ven by a jury."Elizabeth Bahena"is the alleged victim asto c count 5 ,(see indictment information count 5,exhibit-B)In which petitioner admitted in robbing (see Factual Basis for guilty plea,exhibit C-#2)It says;"I willfully took property from Eliz- abeth Bahena by force and fear."Notice that petitioner never admi ted ~~any enhancement as to this robbery!!~~No mention of use of firearm ~~is even mentioned~~ .Yet the sentencing judge took it upon himself to give petitioner 3 years and 4 months for a use of firearm against "Elizabeth Bahena" under penal code;12022.53 (B0 (e)(1).See exhibit D,page1,Abstract of judgment,count 5 enhance- ment.Then during the sentencing hearing the judge realized that the enhancement P/C 12022.53 (B0(e)(1) was entered in error (See exhibit A,page 2,seg.36,Minute Order,THe judge states; "As to count 5,State Prison entered in error.")However this error was never corrected knowing full well that petitioner never admitted it or did a jury found it to be true.

Did you raise <u>GROUND ONE</u> in the California Supreme Court?
☑ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☒ Yes   ☐ No

24. If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: UNITED STATES CENTRAL DISTRICT COURT

    (b) Case Number: _____

    (c) Date action filed: _____

    (d) Nature of proceeding: _____

    _____

    (e) Grounds raised: Innefective assistance of counsel,breach of plea bargain,warrant violations..

    _____

    _____

    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes   ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing: ALFREDO AMEZCUA

    (b) At arraignment and plea: ALFREDO AMEZCUA

    (c) At trial: _____

    (d) At sentencing: ALFREDO AMEZCUA

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

        _____

   (b) Give date and length of the future sentence: _____

        _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

       _____ *5/26/08* _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

*5/24/08*         *Adam Cardenas*

_____      _____
(DATE)                   SIGNATURE OF PETITIONER

ADAN CARDENAS,#T-77965
SALINAS VALLEY STATE PRISON
B-2-203,p.o. box 1050
Soledad ,Ca 93960

In Pro Per,


IN THE UNITED STATES DISTRICT

COURT SOUTHERN DISTRICT OF CALIFORNIA



IN RE,                              NO:_____
                                    PETITION FOR WRIT OFHABEAS
ADAN CARDENAS                       CORPUS AND MEMORANDUM OF
                                    POINTS AND AUTHORITIES IN
                                    SUPPORT THEREOF.


ON HABEAS CORPUS

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

6th Amendment violation,right to have jury find
enhancement,s proven "Beyond a reasonable Doubt"
when neither proven or admitted to by defendant
and even judge admits it was a error ,Thus,unlaw-
ful under Cunningham V. California,(2007   U.S.  ;
127 S.Ct.856..

HABEAS CORPUS IS THE APPROPIATE MECHANISM TO REMEDY
PETITIONERS" UNLAWFUL SENTENCE.

It is well established in California that when a defendant

is imprisoned upon a rule or law which is found to be uncnst-

titutional,then the writ of habeas corpus is the proper rem-

edy.(In re Schillaci (1961)196 Cal.App.2d 591;In re Bell

(1942)19 Cal.2d 488;In re Johnson (1970) 3 Cal.3d 404.)IN

addition,habeas corpus is the appropriate remedy to this

now Illegal enhancement"s,even though a defendant might not

be entitled to immediate discharge if the relief sought is

granted (In re Montenegro (1966)246 Cal.App.2d 515.)

The United States Supreme Court fond California's

Determinate Sentencing Law unconstitutioñal to the extentit

allows sentences above the statutory maximum to be based upo-

n facts found by a judge ,not a jury,and also because those

factors must be found beyond a reasonable doubt,not by a prep-

onderance of the evidence.(Cunningham v. California,(2007

U.S.___;127 S.Ct.856.)

Petitioner's sentence is unlawful because it was predica-

ted on determinations made by the judge rather than the jury-

and was based on grocely ,erroneous evidentiary standard.

Specifically in the manner the sentence was imposed .If you

please see the "Factual Basis for guilty plea" #2,labeled as

1    exhibit C ,"Elizabeth Bahena" is the alleged victim as to coun-

2    t 5 (see indictment information filed by District Attorney

3    ,count 5,exhibit B)At no point was petitioner charged in ass-

4    aulting Elizabeth B with a firearm (see indictment informati-

5    on ,exhibit B,count 5).Also when petitioner pleaded guilty as

6    to this count (5),he pleaded as follows;"On March 23,2000,I willf

7    -ully took property from Elizabeth Bahena by force and fear."

8    (see "Factual Basis for guilty plea"exhibit C,#2).NOTICE THAT

9    NO USE OF FIREARM IS MADE MENTIONED !!!However the sentencing

10   judge took it upon himself to give petitioner 3 years and 4

11   months for a use of firearm against "Elizabeth" (see exhibit

12   D,"Abstract of judgment",count 5, PC 12022.53 (b)(e)(1).,with-

13   out any basis to do so.

14   During petitioner"s sentencing hearing held on 12/3/02,The

15   judge openly admitts;"As to count 5,State Prison entered in

16   error."(see exhibit A,page 2,Seq 36,"minute order")So he

17   knowingly and deliberately rendered this illegal sentence as to t

18   -his count knowing full well that petitioner was not aware as

19   to any enhancement as to count 5,showing malice.

20       Therefore it is improper to rely on this determination

21   made by this judge which was made not only without a jury,but

22   based on the preponderance of evidence and petitioner never

23   agreed as to this particular enhancement as proved above,thus

24   it is also considered  a breach of contract..

25    In Cunningham V. California,supra,127 S.Ct. at p.874 fn14.)

26   The  Court extended the rule of Apprendi V. New Jersey (2000)

27   530 U.S.466, To "Any fact that increases the penalty for a

28   crime beyond the prescribed statutory maximum."(Ibid.)

1    (emphasis original.)Thus,examining this enhancement is a task

2    for the jury,not the judge,because it involves finding whether

3    or not petitioner used a gun or not to be able to charge him

4    with P/C 12022.53 (b)(e)(1) as to count 5.

5    Cunningham did not state new law and is therefore fully

6    retroactive.The supreme Court has reapeatedly held that under

7    the Sixth Amendment ,any fact that exposes a defendant to a

8    greater potential sentence must be found by a jury ,not a

9    judge,and established beyond a reasonable doubt,not merely by

10

11   a preponderance of the evidence.While this rule is rooted in

12   longstanding common-law practice,its explicit statement in

13   Supreme Court decision first appeared in Jones V. United

14   States (1999) 526 U.S.227,where the court examined the sixth

15   Amendment's historical and doctrinal foundations.While the

16   court construed the statute at issue to avoid the question,

17   the Jones opinion presaged the Supreme Court"s decision in

18   Apprendi V.New Jersey,supra,530 U.S. 466.Thus,by its own

19   terms,Cunningham is retroactive to atleast 1999,and may be

20   retroactive to the time California's Determinate Sentencing

21   law became effective in 1977.Atleast one federal district

22   court has recognized that Cunningham is retroactive to Appr-

23   endi V. New Jersey (2000) 530 U.S. 466.InReed V Schiiro(Fe-

24   bruary 14,2007,CV-2755-PHX-JAT)__F.Supp.d[2007 U.S. Distri.

25   LEXIS 10969].

26   In any event the court did not have jurisdiction to sentence

27   petitioner as to this enhancement since he was sentenced to

28   crimes not agreed upon in the plea agreement. this is in

3

violation of due process under Santobello v. New York ,404

U.S. 257,262 (1971),It should be declared a breach of plea

agreement at the minimum,in any light petitioner did not agree

as to the use of gun enhancement in count 5 as previously sh-

own and as to the gang enhancement's on attachment no.1 factual

basis for plea of guilty" in line 9 there is no stipulation

as to which or howmany gang enhancements count;s are agreed

upon.Since these enhancements were not agreed upon by petitio-

ner they are in breach of plea bargain and in breach/violation

of the Sixth Amendment under Cunningham.

DATED: 5/24/08                          THANK YOU RESPECTFULLY!!

_Adan Cardenas_
ADAN CARDENAS

EXHIBIT A , MINUTE ORDER OF

SENTENCING

7 PAGES

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

**Case Number  00CF1187 F A**

**People Vs Cardenas, Adan Carrera**

| Report Request Criteria | | |
|---|---|---|
| 1. Docket Date Range | : | Date filter |
| 2. Sequnce Number Range | : | Sequence filter |
| 3. Docket Category | : | Category filter |

INMATE COPY

| Docket Dt | Seq | Text |
|---|---|---|
| 12/3/2002 | 1 | **Hearing held on 12/03/2002 at 09:00:00 AM in Department C30 for Jury Trial.** |
| | 2 | Officiating Judge: Kazuharu Makino, Judge |
| | 3 | Clerk: L. Torres |
| | 4 | Bailiff: R. W. Hilton |
| | 5 | Court Reporter: Lynn Peterson |
| | 6 | Defendant present in Court with counsel Amezcua, Alfredo, Retained Attorney. |
| | 7 | People represented by Janice Chieffo, Deputy District Attorney, present. |
| | 8 | **Defendant's motion to WITHDRAW NOT GUILTY PLEA to count(s) 1, 5, 7, 8, 9, 10, 11, 12, 16, 21, 22, 25, 26, 27, 28, 33, 34, 35, 37, 38 granted.** |
| | 9 | Court finds defendant intelligently and voluntarily waives legal and constitutional rights to jury trial, confront and examine witnesses, and to remain silent. |
| | 10 | **To the Original Information defendant pleads GUILTY as to count(s) 1, 5, 7, 8, 9, 10, 11, 12, 16, 21, 22, 25, 26, 27, 28, 33, 34, 35, 37, 38.** |
| | 11 | ~~Defendant admits enhancement of 186.22(b)(1) PC sequence # 1 as to count 1.~~ |
| | 12 | ~~Defendant admits enhancement of 12022.53(b)(e)(1) PC sequence # 2 as to count 1.~~ |
| | 13 | ~~Defendant admits enhancement of 12022.53(b)(e)(1) PC sequence # 2 as to count 5.~~ |
| | 14 | Defendant admits enhancement of 12022.53(b) PC, sequence # 2 as to count 7. |
| | 15 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 10. |
| | 16 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 11. |
| | 17 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 12. |
| | 18 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 16. |

MINUTE ORDER     Report Date: 12/03/2002 16:57

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

**Case Number   00CF1187 F A**

**People Vs Cardenas, Adan Carrera**

| Report Request Criteria | | |
| --- | --- | --- |
| 1. Docket Date Range | : | Date filter |
| 2. Sequnce Number Range | : | Sequence filter |
| 3. Docket Category | : | Category filter |

INMATE COPY

| Docket Dt | Seq | Text |
| --- | --- | --- |
| 12/3/2002 | 19 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 21. |
| | 20 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 22. |
| | 21 | Defendant admits enhancement of 12022.53(b) PC, sequence # 2 as to count 25. |
| | 22 | Defendant admits enhancement of 12022.53(b) PC, sequence # 2 as to count 27. |
| | 23 | Defendant admits enhancement of 12022.53(b)(e)(1) PC, sequence # 2 as to count 35. |
| | 24 | Defendant admits enhancement of 12022.53(b) PC, sequence # 2 as to count 37. |
| | 25 | Defendant's written waiver of legal and constitutional rights on GUILTY plea received and ordered filed. |
| | 26 | Court finds factual basis and accepts plea. |
| | 27 | Defendant advised of maximum possible sentence. |
| | 28 | Defendant advised of consequences of violating parole. |
| | 29 | Counsel joins in waivers, pleas, and admissions. |
| | 30 | Defendant waives arraignment for sentencing. |
| | 31 | Defendant requests immediate sentencing. |
| | 32 | Probation report waived. |
| | 33 | No legal cause why judgment should not be pronounced and defendant having Pled Guilty to 211-212.5(c)-213(a)(2) PC as charged in count 1, defendant is sentenced to STATE PRISON for Low term of 2 Years 0 Months. |
| | 34 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 1. Court imposes term of 10 Years. Sentence to be consecutive to sentence on count 1. |
| | 36 | As to count 5, State Prison entered in error. |
| | 37 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 5 and is sentenced to STATE PRISON for 1/3 the mid term of 1 Years 0 Months. Sentence imposed to be served consecutive 1/3 violent to count 1. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

**Case Number   00CF1187 F A**

| Report Request Criteria | | |
|---|---|---|
| 1. Docket Date Range | : | Date filter |
| 2. Sequnce Number Range | : | Sequence filter |
| 3. Docket Category | : | Category filter |

**People Vs Cardenas, Adan Carrera**

INMATE COPY

| Docket Dt | Seq | Text |
|---|---|---|
| 12/3/2002 | 38 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 6. Court imposes term of 40 Months. Sentence to be consecutive to sentence on count 1. |
| | 39 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 7 and is sentenced to STATE PRISON for 1/3 the mid term of 1 Years 0 Months. Sentence imposed to be served consecutive 1/3 violent to count 1. |
| | 40 | Court finds enhancement pursuant to 12022.53(b) PC charged and found true in count 7. Court imposes term of 40 Months. Sentence to be consecutive to sentence on count 1. |
| | 41 | Defendant has also Pled Guilty to the additional charge of 211-212.5(a)-213(a)(2) PC in count 10 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 42 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 10. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 43 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 11 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 44 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 11. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 45 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 12 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 46 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 12. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 47 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 16 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

Case Number  00CF1187 F A

**People Vs Cardenas, Adan Carrera**

| Report Request Criteria | | |
| --- | --- | --- |
| 1. Docket Date Range | : | Date filter |
| 2. Sequnce Number Range | : | Sequence filter |
| 3. Docket Category | : | Category filter |

INMATE COPY

| Docket Dt | Seq | Text |
| --- | --- | --- |
| 12/3/2002 | 48 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 16. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 49 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 21 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 50 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 21. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 51 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 22 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 52 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 22. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 53 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 25 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 54 | Court finds enhancement pursuant to 12022.53(b) PC charged and found true in count 25. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 55 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 27 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 56 | Court finds enhancement pursuant to 12022.53(b) PC charged and found true in count 27. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 57 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 33 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

Case Number   00CF1187 F A

**People Vs Cardenas, Adan Carrera**

INMATE COPY

```
┌─ Report Request Criteria ──────────────────────┐
│ 1. Docket Date Range     : Date filter          │
│ 2. Sequnce Number Range : Sequence filter       │
│ 3. Docket Category       : Category filter       │
└─────────────────────────────────────────────────┘
```

| Docket Dt | Seq | Text |
|---|---|---|
| 12/3/2002 | 58 | Defendant has also Pled Guilty to the additional charge of 186.22(a) PC in count 34 and is sentenced to STATE PRISON for Low term of 1 Years 4 Months. Sentence imposed to be served concurrent to count 1. |
| | 59 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 35 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 60 | Court finds enhancement pursuant to 12022.53(b)(e)(1) PC charged and found true in count 35. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 61 | Defendant has also Pled Guilty to the additional charge of 211-212.5(c)-213(a)(2) PC in count 37 and is sentenced to STATE PRISON for Low term of 2 Years 0 Months. Sentence imposed to be served concurrent to count 1. |
| | 62 | Court finds enhancement pursuant to 12022.53(b) PC charged and found true in count 37. Court imposes term of 10 Years. Sentence to be concurrent to sentence on count 1. |
| | 63 | Court stays prison sentence pursuant to Penal Code 654 on count(s) 8, 9, 26, 28, 38. |
| | 64 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 5 DISMISSED. |
| | 65 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 7 DISMISSED. |
| | 66 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 8 DISMISSED. |
| | 67 | ENHANCEMENT pursuant to 12022.5(a) PC, sequence # 2, as to count 8 DISMISSED. |
| | 68 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 9 DISMISSED. |
| | 69 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 10 DISMISSED. |
| | 70 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 11 DISMISSED. |
| | 71 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 12 DISMISSED. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

| Case Number  00CF1187 F A | Report Request Criteria |
|---|---|

<table>
<tr><td></td><td>1. Docket Date Range</td><td>:</td><td>Date filter</td></tr>
<tr><td>People Vs Cardenas, Adan Carrera</td><td>2. Sequnce Number Range</td><td>:</td><td>Sequence filter</td></tr>
<tr><td></td><td>3. Docket Category</td><td>:</td><td>Category filter</td></tr>
</table>

INMATE COPY

| Docket Dt | Seq | Text |
|---|---|---|
| 12/3/2002 | 72 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 16 DISMISSED. |
| | 73 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 21 DISMISSED. |
| | 74 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 22 DISMISSED. |
| | 75 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 25 DISMISSED. |
| | 76 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 26 DISMISSED. |
| | 77 | ENHANCEMENT pursuant to 12022.5(a) PC, sequence # 2, as to count 26 DISMISSED. |
| | 78 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 27 DISMISSED. |
| | 79 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 28 DISMISSED. |
| | 80 | ENHANCEMENT pursuant to 12022.5(a) PC, sequence # 2, as to count 28 DISMISSED. |
| | 81 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 33 DISMISSED. |
| | 82 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 35 DISMISSED. |
| | 83 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 37 DISMISSED. |
| | 84 | ENHANCEMENT pursuant to 186.22(b)(1) PC, sequence # 1, as to count 38 DISMISSED. |
| | 85 | ENHANCEMENT pursuant to 12022.5(a) PC, sequence # 2, as to count 38 DISMISSED. |
| | 86 | Total term to be served in State Prison is 20 Years 8 Months. |
| | 87 | Credit for time served: 529 actual, 80 conduct, totaling 609 days. |
| | 88 | Credit time served computed pursuant to Penal Code 2933.1. |
| | 89 | The reason Court pronounced judgment in this matter is as follows: as stated on the record. |
| | 90 | Pay $200.00 Restitution Fund FEE pursuant to Penal Code 1202.4. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

Case Number  00CF1187 F A

**People Vs Cardenas, Adan Carrera**

| Report Request Criteria |
| --- |
| 1. Docket Date Range : Date filter |
| 2. Sequnce Number Range : Sequence filter |
| 3. Docket Category : Category filter |

INMATE COPY

| Docket Dt | Seq | Text |
| --- | --- | --- |
| 12/3/2002 | 91 | Pay $200.00 Restitution Fund Fine pursuant to Penal Code 1202.45. Restitution fine suspended unless parole is revoked. |
| | 92 | Defendant ordered to pay restitution of $3000.00 pursuant to stipulation to be filed by parties. |
| | 93 | Defendant remanded to the custody of the Sheriff. |
| | 94 | Sheriff ordered to deliver the defendant to the custody of Department of Corrections. |

I hereby certify the foregoing instrument consisting of ___7___ page(s) is a true and correct copy of the original on file in this court.

ATTEST: (DATE) 12-03-02

ALAN SLATER, EXECUTIVE OFFICER AND CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ , DEPUTY

MINUTE ORDER    Report Date: 12/03/2002 16:57

EXHIBIT _B_ , INDICTMENT INFORMATION

2 PAGES

EXHIBIT B

1  TONY RACKAUCKAS, DISTRICT ATTORNEY
   COUNTY OF ORANGE, STATE OF CALIFORNIA
2  POST OFFICE BOX 808
   SANTA ANA, CALIFORNIA 92702
3  TELEPHONE: (714) 834-3600

4  Filed this 26th day of December, 2000

5

6

7

8              SUPERIOR COURT OF CALIFORNIA

9         COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11  THE PEOPLE OF THE STATE OF CALIFORNIA, )      CASE NO. 00CF1187
                                           )
12                         Plaintiff,      )
                                           )
13                                         )
                                           )
14              vs.                        )
                                           )      INFORMATION
15                                         )
    ADAN CARRERA CARDENAS        7/5/81    )
16    AKA ADAN CARDENAS                    )
    JUAN MIGUEL MIRANDA          9/24/81   )
17                                         )
                           Defendant(s)    )

18  THE DISTRICT ATTORNEY OF ORANGE COUNTY hereby accuses the aforenamed
    defendant(s) of violating the law at and within the County of Orange
19  as follows:

20  COUNT 1: On or about March 22, 2000, ADAN CARRERA CARDENAS and JUAN
    MIGUEL MIRANDA, in violation of Section 211/212.5(c)/213(a)(2) of the
21  Penal Code (2ND DEGREE ROBBERY), a FELONY, did willfully, unlawfully
    and feloniously, by means of force and fear and against his/her will,
22  take the personal property from the person, possession, and immediate
    presence of DAWIT RIKITUS.

23
        It is further alleged that the above offense is a serious Felony
24  within the meaning of Penal Code Section 1192.7(c)(19) and encompassed
    within the meaning of Penal Code Sections 212.5(c) and 213(a)(2).

25  /
    /
26  /
    /
27  /
    /
28  /
    /

                            -1-                        Felony Information

COUNT 2: On or about March 22, 2000, JUAN MIGUEL MIRANDA, in violation of Section 245(a)(2) of the Penal Code (ASSAULT WITH A FIREARM), a FELONY, did willfully and unlawfully commit an assault on DAWIT RIKITUS with a firearm.

It is further alleged pursuant to Penal Code Section 296 that the defendant is subject to requirements of the DNA and Forensic Identification Data Base Program and is required to provide biological specimens and prints for law enforcement identification analysis.

COUNT 3: On or about March 22, 2000, JUAN MIGUEL MIRANDA, in violation of Section 664-211/212.5(c)/213(a)(2) of the Penal Code (ATTEMPTED 2ND DEGREE ROBBERY), a FELONY, did willfully, unlawfully and feloniously, by means of force and fear and against his/her will, attempt to take the personal property from the person, possession, and immediate presence of MARIA NUNEZ.

It is further alleged that the above offense is a serious Felony within the meaning of Penal Code Section 1192.7(c)(19) and encompassed within the meaning of Penal Code Sections 212.5(c) and 213(a)(2).

COUNT 4: On or about March 22, 2000, JUAN MIGUEL MIRANDA, in violation of Section 245(a)(2) of the Penal Code (ASSAULT WITH A FIREARM), a FELONY, did willfully and unlawfully commit an assault on MARIA NUNEZ with a firearm.

It is further alleged pursuant to Penal Code Section 296 that the defendant is subject to requirements of the DNA and Forensic Identification Data Base Program and is required to provide biological specimens and prints for law enforcement identification analysis.

COUNT 5: On or about March 23, 2000, ADAM CARRERA CARDENAS and JUAN MIGUEL MIRANDA, in violation of Section 211/212.5(c)/213(a)(2) of the Penal Code (2ND DEGREE ROBBERY), a FELONY, did willfully, unlawfully and feloniously, by means of force and fear and against his/her will, take the personal property from the person, possession, and immediate presence of ELIZABETH BAHENA.

It is further alleged that the above offense is a serious Felony within the meaning of Penal Code Section 1192.7(c)(19) and encompassed within the meaning of Penal Code Sections 212.5(c) and 213(a)(2).

COUNT 6: On or about March 23, 2000, JUAN MIGUEL MIRANDA, in violation of Section 245(a)(2) of the Penal Code (ASSAULT WITH A FIREARM), a FELONY, did willfully and unlawfully commit an assault on ELIZABETH BAHENA with a firearm.

It is further alleged pursuant to Penal Code Section 296 that the defendant is subject to requirements of the DNA and Forensic Identification Data Base Program and is required to provide biological specimens and prints for law enforcement identification analysis.

/
/
/
/
/

Felony Information

EXHIBIT _C_ ,"FACTUAL BASIS FOR

GUILTY PLEA"

2 PAGES

## FACTUAL BASIS FOR GUILTY PLEA

The following offenses occurred in Orange County:

1. On March 22, 2000, I willfully Assaulted Dawit Rikitus with a firearm and personally used a firearm while taking property from his possession by force and fear. I also willfully assaulted Maria Nunez with a firearm which I personally used.
2. On March 23, 2000, I willfully took property from Elizabeth Bahena by force and fear.
3. On March 24, 2000, I willfully assaulted Raj Kumar with a firearm and personally used a firearm while taking property from his possession by force and fear. I also willfully assaulted Alfonso Garcia with a firearm which I personally used.
4. On March 27, 2000, I willfully assaulted Christian Rubio with a firearm and personally used a firearm while taking property from his possession by force and fear. I also willfully assaulted Frank Wong with a firearm and personally used a firearm while taking property from his possession by force and fear. I also willfully assaulted Elizabeth Padilla with a firearm and personally used a firearm while taking property from her possession by force and fear.
5. On March 30, 2000, I willfully assaulted Ashok Kumar with a firearm and personally used a firearm while taking property from him by force and fear.
6. On April 2, 2000, I willfully assaulted Karina Quezada with a firearm and personally used a firearm while taking property from her possession by force and fear. I also willfully assaulted Buenaventura Cuazitl with a firearm and personally used a firearm while taking property from his possession by force and fear.
7. On April 2, 2000, I willfully assaulted Diego Ceja with a firearm and personally used a firearm while taking property from his possession by force and fear.
8. On April 5, 2000, I willfully assaulted Supul Desilva with a firearm and personally used a firearm while taking property from his possession by force and fear.
9. On March 22 through April 22, 2000, I admit that I was an active participant in a criminal street gang known as "BROWNSIDE", having 3 or

more members, and that with knowledge that its members engage in a pattern of criminal gang activity, did promote, further and assist BROWNSIDE in felony criminal conduct.

10. On April 8, 2000, I willfully assaulted Milton Hernandez with a firearm and personally used a firearm while taking property from his possession by force and fear.

11. On April 12, 2000, I willfully assaulted Saud Seid with a firearm and personally used a firearm while taking property from his possession by force and fear.

12. On April 22, 2000, I willfully assaulted Khoa Pham with a firearm and personally used a firearm while taking property from his possession by force and fear.

13. On each occasion that I took property of another, I did so with the specific intent to permanently deprive the owner of the property.

EXHIBIT_D_,"ABSTRACT OF JUDGMENT"

2 PAGES

T77965

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE**
*(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)*

CR-290

| | | |
|---|---|---|
| [X] SUPERIOR | COURT OF CALIFORNIA, COUNTY OF: | Orange |
| [ ] MUNICIPAL | BRANCH OR JUDICIAL DISTRICT: | |

PEOPLE OF THE STATE OF CALIFORNIA vs

DEFENDANT: Cardenas, Adan Carrera

AKA: Cardenas, Adan

CII#

BOOKING#

DOB: 07-05-81

00CF1187 -A

-B

-C

[ ] NOT PRESENT

INMATE COPY

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGEMENT

[ ] AMENDED ABSTRACT -D

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 19 2002

ALAN SLATER, Clerk of the Court

BY K. MAILHOT

| DATE OF HEARING | DEPT.NO. | JUDGE |
|---|---|---|
| 12-03-02 | C30 | Kazuharu Makino |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| Lupe Torres | Lynn Peterson | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | [ ] APPTD |
|---|---|---|
| Janice Chieffo | Alfredo Amezcua, Retained Attorney | |

1. Defendant was convicted of the commission of the following felonies:

[X] Additional counts are listed on attachment
2 (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME CMMTD | DATE OF CONVICTION (MO/DATE/YEAR) | JURY | COURT | PLEA | TERM (L.M.U.) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | YRS | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degree | 00 | 12/03/02 | | X | | L | | | | | | | 02 | 00 |
| 5A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degree | 00 | 12/03/02 | | X | | M | | X | | | | | 01 | 00 |
| 7A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degree | 00 | 12/03/02 | | X | | M | | X | | | | | 01 | 00 |
| 8A | PC | 245(a)(2) | Assault with a firearm | 00 | 12/03/02 | | X | | | | | | | | X | 00 | 00 |
| 9A | PC | 245(a)(2) | Assault with a firearm | 00 | 12/03/02 | | X | | | | | | | | X | 00 | 00 |
| 10A | PC | 211-212.5(a)-213(a)(2) | Robbery; second degree | 00 | 12/03/02 | | X | X | L | | | | | | | (02 | 00) |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or 'S' for stayed. DO NOT LIST enhancements striken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1A | 12022.53(b)(e)(1) PC | 10Y00M | | | | | | | 10 | 0 |
| 5A | 12022.53(b)(e)(1) PC | 03Y04M | | | | | | | 3 | 4 |
| 7A | 12022.53(b) PC | 03Y04M | | | | | | | 3 | 4 |
| 10A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |
| 11A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |
| 12A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or 'S' for stayed. DO NOT LIST enhancements striken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. [ ] Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. [ ] TOTAL TIME ON ATTACHED PAGES: | 00 | 00 |

7. [ ] Additional indeterminate term (see CR-292).

8. [ ] TOTAL TIME: | 20 | 08 |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

*(Continued on reverse)*

Form Adopted by the
Judicial Council of California
CR-290 (Rev. January 1, 1999)

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Penal Code
1213, 1213.5

ABSTRACT OF JUDGMENT - PRISON COMMITMENT
ATTACHMENT PAGE

T-77965

CR-290-A

PEOPLE OF THE STATE OF CALIFORNIA vs.

DEFENDANT:  Cardenas, Adan Carrera

| 00CF1187 | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

1. Defendant was convicted of the commission of the following felonies:

This attachment page number:  1

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME CMMTED | DATE OF CONVICTION (MO/DATE/YEAR) | JURY | COURT | PLEA | TERM (L.M.U.) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE /3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 12A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 16A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 21A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 22A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 25A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 26A | PC | 245(a)(2) | Assault with a firearm | 00 | 12/03/02 | | X | | | | | | | | X | 00 | 00 |
| 27A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 28A | PC | 245(a)(2) | Assault with a firearm | 00 | 12/03/02 | | X | | | | | | | | X | 00 | 00 |
| 33A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 34A | PC | 186.22(a) | Street Terrorism | 00 | 12/03/02 | | X | | L | X | | | | | | (01 | 04) |
| 35A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | L | X | | | | | | (02 | 00) |
| 37A | PC | 211-212.5(c)-213(a)(2) | Robbery; second degre | 00 | 12/03/02 | | X | | .L | X | | | | | | (02 | 00) |
| 38A | PC | 245(a)(2) | Assault with a firearm | 00 | 12/03/02 | | X | | | | | | | | X | 00 | 00 |
| | | | | | | | | | | | | | | TOTAL | | 00 | 00 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series) for counts listed on first page

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |
| 21A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |
| 22A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |
| 25A | 12022.53(b) PC | (10Y00M) | | | | | | | 0 | 0 |
| 27A | 12022.53(b) PC | (10Y00M) | | | | | | | 0 | 0 |
| 35A | 12022.53(b)(e)(1) PC | (10Y00M) | | | | | | | 0 | 0 |
| 37A | 12022.53(b) PC | (10Y00M) | | | | | | | 0 | 0 |
| | | | | | | | | TOTAL | 00 | 00 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| 4.  TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: | 00 | 00 |
|---|---|---|

Form Adopted by the
Judicial Council of California
CR-290-A (Rev. January 1, 1999)

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT**
**ATTACHMENT PAGE**

Penal Code. 1213.5

EXHIBIT. E

ATTACHMENT NO. 1
FACTUAL BASIS FOR PLEA
OF GUILTY

1 PAGE

| COUNT | CHARGE | SENTENCE | ENHANCEMENTS |
|-------|--------|----------|--------------|
| 1. | 211/212.5/213a2 | 2-3-5 | 186.22b (10 years. DA to strike punishment), 12022.53(b) 10 |
| 2. | 245a2 | 654 to count 1 | |
| 5. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) **3 Years 4 months** |
| 7. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) **3 Years 4 months** |
| 8. | 245a2 | 654 to count 7 | |
| 9. | 245a2 | 654 to count 7 | |
| 10. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 11. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 12. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 16. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 21. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 22. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 25. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 26. | 245a2 | 654 to count 25 | |
| 27. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 28. | 245a2 | 654 to count 27 | |
| 33. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 34. | 186.22a | 1/3 of 2 = 8 mos. | |
| 35. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 37. | 211/212.5/213a2 | 1/3 of 3 = 1 | 12022.53(b) 3 Years 4 months |
| 38. | 245a2 | 654 to count 37 | |
| | | | |
| | **MAXIMUM TOTAL** | **SENTENCE** | **76 YEARS** |

**DA RECOMMENDED SENTENCE        20 YEARS, 8 MONTHS**

**STATE OF CALIFORNIA**                          **COUNTY OF MONTEREY**

I, _____ADAN CARDENAS_____ declare under penalty of perjury that: I am

the _____PETITIONER_____ in the above entitled action; I have read the foregoing documents
and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __25__ day of ___MAY___, 20 _08_, at Salinas Valley State Prison,
Soledad, CA 93960-1050.

(Signature) _____Adam Cardenas_____
                           **DECLARANT/PRISONER**

- - - - - - - - - - - - - - - - - - - - - - - - - -

## PROOF OF SERVICE BY MAIL

I, _____ADAN CARDENAS_____, am a resident of California State Prison, in the
County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a
party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-
1050.

On __MAY 25__, 20 _08_, I served the foregoing: _WRIT OF HABEAS_

_CORPUS E MEMORANDUM OF POINTS AND_

_AUTHORITIES IN SUPPORT THEREOF_

**(Set forth exact title of document(s) served)**

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage
thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State
Prison, Soledad, CA 93960-1050.

UNITED STATES DISTRICT COURT FOR            DEPARTMENT OF JUSTICE &
SOUTHERN DISTRICT                           OFFICE OF ATTORNEY GENERAL
880 FRONT STREET, SUITE 4290                110 WEST A STREET, SUITE 1160
SAN DIEGO, CA 92101, 8900                   P.O. BOX 85266
                                            SAN DIEGO, CA 921865266

**(List parties served)**

There is delivery service by United States Mail at the place so addressed, and/or there is regular
communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _5/25/08_, 20_____

_Andy Pacheco_
**DECLARANT/PRISONER**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

I (a) PLAINTIFFS

**Adan Cardenas**

(b) COUNTY OF RESIDENCE OF FIRST LISTED    Monterey
PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Adan Cardenas**
**PO Box 1050**
**Soledad, CA 93960**
**T-77965**

| FILING FEE PAID | |
|---|---|
| Yes | No ✓ |
| IFP MOTION FILED | |
| Yes | No |
| COPIES SENT TO | |
| Court | Pluase |

2254    1983

DEFENDANTS

**M. S. Evans**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

ATTORNEYS (IF KNOWN)

**FILED**
JUN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KV___ DEPUTY

**'08 CV 0998 BTM WMc**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 28 U.S.C. 2254

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

DATE    6/4/2008

SIGNATURE OF ATTORNEY OF RECORD

*R. Melley*