ADAN CARDENAS
PLAINTIFF/PETITIONER/MOVANT'S NAME
T-77965
PRISON NUMBER
SALINAS VALLEY STATE PRISON
PLACE OF CONFINEMENT
P.O. BOX 1050
JOLEDAD, CA 93960
ADDRESS

2354 _/_ 1983
FILING FEE PAID
Yes ___ No _/_
IFP MOTION FILED
Yes _/_ No ___
COPIES SENT TO
Court _/_ ProSe ___

FILED

JUN – 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM          DEPUTY

# United States District Court
## Southern District Of California

ADAN CARDENAS                    ,
Plaintiff/Petitioner/Movant

v.

MS. EVANS                    ,
Defendant/Respondent

Civil No. **'08 CV 0998 BTM WMc**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED IN FORMA
PAUPERIS**

I, _____ ADAN CARDENAS _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration SALINAS VALLEY STATE PRISON
    Are you employed at the institution?          ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and

   address of your employer._____

_____

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and

   pay period and the name and address of your last employer. PINE RIDGE APARTMENTS

_____ 1301 RICHLAND AVE.

_____ MODESTO, CA 95351

_____ 8.50 Hae

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance   ☐ Yes ☒ No
   d. Disability or workers compensation   ☐ Yes ☒ No
   e. Social Security, disability or other welfare   ☐ Yes ☒ No
   e. Gifts or inheritances   ☐ Yes ☒ No
   f. Spousal or child support   ☐ Yes ☒ No
   g. Any other sources   ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect

you will continue to receive each month._____

_____

_____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____
_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _SON, WIFE, $0.00_____
_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
_____ 2,000 IN RESTITUTION TO CDC _____
_____
_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____
_____
_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you __must__ explain the sources of funds for your day-to-day expenses. _____
_____
_____
_____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**


_5/22/08_____        _Alan Cardenas_____
DATE                              SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

### PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant _____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____          _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, ___ADAN CARDENAS #T-77965___ , request and authorize the agency holding me in
<span style="font-size:smaller">(Name of Prisoner/ CDC No.)</span>

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a

certified copy of the statement for the past six months of my trust fund account (or institutional equivalent)

activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my

trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to

this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-

10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California,

and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which

I am obligated is either ☐ $150 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also

understand that this fee will be debited from my account regardless of the outcome of this action. This

authorization shall apply to any other agency into whose custody I may be transferred.


___5/22/08___
DATE

___Adan Cardenas___
SIGNATURE OF PRISONER

Case Number: _____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of   T77965   Cardenas, Adan   for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020          [prisoner name]

_____ where (s)he is confined.

      [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 3.75   and the average balance in the prisoner's account each month for the most recent 6-month period was $ 8.58

Dated:  5/30/08                          L. macias
                                      _____
                                      [Authorized officer of the institution]

REPORT ID: TS3030  .701

REPORT DATE: 05/29/08
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 29, 2008

ACCOUNT NUMBER : T77965
ACCOUNT NAME   : CARDENAS, ADAN CARRERA
PRIVILEGE GROUP: A

BED/CELL NUMBER: FBB2T2000000203U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/17 | *DD30 | CASH DEPOSIT | 1600 7154 | | 22.50 | | 22.50 |
| | ACTIVITY FOR 2008 | | | | | | |
| 01/14 | FC02 | DRAW-FAC 2 | 1815 B-2 | | | 16.00 | 6.50 |
| 02/15 | FC02 | DRAW-FAC 2 | 2146 B2 | | | 6.50 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/03/02
COUNTY CODE: *ORA

CASE NUMBER: *00CF1187
FINE AMOUNT: $  3,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/01/2007 | | BEGINNING BALANCE | | 2,950.00 |
| 12/17/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 2,925.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 22.50 | 22.50 | 0.00 | 0.00 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/30/08

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY K. Macias 5/30/08
TRUST OFFICE
SVSP

CURRENT
AVAILABLE
BALANCE
----------
0.00