1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    ADAN CARDENAS,                              Civil No.    08-0998 BTM (WMc)

12
                                    Petitioner,    **ORDER TRANSFERRING ACTION**
13                                                 **TO UNITED STATES DISTRICT**
                          vs.                      **COURT FOR THE CENTRAL**
14                                                 **DISTRICT OF CALIFORNIA,**
      M. S. EVANS, Warden,                         **SOUTHERN DIVISION**
15
                                    Respondent.
16

17         Petitioner is a state prisoner proceeding with a habeas corpus action filed pursuant to

18    28 U.S.C. § 2254 attacking a conviction from the Superior Court of Orange County, California.

19    Upon reviewing the petition, the Court finds that this case should be transferred in the interest

20    of justice.

21         A petition for writ of habeas corpus may be filed in the United States District Court of

22    either the judicial district in which the petitioner is presently confined or the judicial district in

23    which he was convicted and sentenced.  *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial*

24    *Circuit Court*, 410 U.S. 484, 497 (1973).  The application in the present matter attacks a

25    conviction in the Superior Court of Orange County, California, which is within the jurisdictional

26    boundaries of the United States District Court for the Central District Southern Division.  *See*

27    28 U.S.C. § 84(c)(3).  Moreover, Petitioner is presently confined at Salinas Valley State Prison,

28    which is located in Monterey County and is within the jurisdictional boundaries of the United

      States District Court for the Northern District of California.  *See* 28 U.S.C. § 84(a).  Thus,

1  jurisdiction exists in the Central or Northern District; and not in the Southern District.

2      Although this Court does not have jurisdiction over the action, "[u]nder a provision of the

3  Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of

4  jurisdiction the court shall transfer the action to any other such court in which the action could

5  have been brought 'if it is in the interest of justice.'" *Miller v. Hambrick*, 905 F.2d 259, 262 (9th

6  Cir. 1990) (citing *In re McCauley*, 814 F.2d 1350, 1351-52 (9th Cir. 1987)). The Ninth Circuit

7  has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will

8  be in the interest of justice because normally dismissal of an action that could be brought

9  elsewhere is "time-consuming and justice-defeating." *Miller*, 905 F.2d at 262 (quoting

10 *Goldlawr, Inc. v. Heiman*, 369 U.S. 463, 467 (1962). Therefore, pursuant to 28 U.S.C. § 1631,

11 this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C.

12 § 2241(d).

13     When a habeas petitioner is challenging a state conviction, the district court of the district

14 in which a petitioner was convicted and sentenced is a more convenient forum because of the

15 accessibility of evidence, records and witnesses. Thus, it is generally the practice of the district

16 courts in California to transfer habeas actions challenging a state conviction to the district in

17 which the Petitioner was convicted. Any and all records, witnesses and evidence necessary for

18 the resolution of Petitioner's contentions are more readily available in Orange County, which

19 is thus a more convenient forum. *See Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can,

20 of course, transfer habeas cases to the district of conviction which is ordinarily a more

21 convenient forum); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1    Therefore, in the furtherance of justice, **IT IS ORDERED** that the Clerk of this Court

2  transfer this matter to the United States District Court for the Central District of California,

3  Southern Division. *See* 28 U.S.C. § 2241(d).  **IT IS FURTHER ORDERED** that the Clerk of

4  this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

5

6  IT IS SO ORDERED.

7  DATED:  July 1, 2008

8  _____

9  Honorable Barry Ted Moskowitz
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

July 8, 2008

Office of the Clerk
Central District of California
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Re: Cardenas v. Evans, Case No. 08cv0998-BTM(WMC)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____
    V.Trujillo, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: _____, Deputy