

cacd_ecfmail@cacd.uscourts.gov

07/11/2008 09:36 AM

To   InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject   Transferred case has been opened

```
CASE: 3:08-cv-00998

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 8:08-cv-00762, filed 07/11/2008.
```